**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**NO. 3:11-CV-00429-H**

**RICHARD ORTEGA**                                                                                   **PLAINTIFF**

**v.**                                             **ANSWER**
                                    **(electronically filed)**

**LOUISVILLE JEFFERSON COUNTY**
**METRO GOVERNMENT,** *et al*                                               **DEFENDANTS**

** ** ** ** **

Come the Defendants, Louisville/Jefferson County Metro Government and Mark E.

Bolton, Director of Louisville Metro Department of Corrections, by counsel, and for their

Answer to Plaintiff's Complaint, state as follows.

DEFENSES

I.

The above-styled civil action should be dismissed for its failure to state a claim for which

relief can be granted.

II.

The Defendants deny they have infringed upon any of the Plaintiff's rights, privileges or

immunities established or protected by the Constitution or laws of the United States of America

or the Commonwealth of Kentucky.

III.

The Defendants are entitled to the protections of sovereign immunity, governmental

immunity, official immunity or qualified official immunity.

IV.

Defendants specifically plead the affirmative defenses set forth in Fed.R.Civ.P. 8(c), including Statute of Limitations, failure to exhaust available administrative remedies, and all other affirmative defenses which may become known or discoverable during the course of this litigation.

V.

At all times relevant to this Complaint, the actions of Defendants were proper, reasonable, legal and without intent or malice, and the therefore is not liable for exemplary or punitive damages under KRS 411.184 and 411.186, or any other authority allowing recovery of exemplary or punitive damages.

VI.

At all times relevant to this Complaint, Defendants acted in good faith and without any tortuous motive or intent, thereby baring Plaintiff's claims.

VII.

The Plaintiff's recovery is barred in whole or in part by his failure to mitigate his damages.

VIII.

The action of the Plaintiff and/or other third parties caused or contributed to the harm alleged. The damages complained of by the Plaintiff were caused by his or other third parties intentional or negligent conduct which was the sole or substantial contributing factor in his alleged injuries, and therefore, constitutes either a complete bar to recovery or, alternatively, any recovery should be proportionately reduced by the amount of Plaintiff or other third parties comparative fault.

IX.
(Answer to Complaint Allegations)

Defendants deny complaint paragraphs 14, 15, 25, 26, 27, 28, 29, 30, 32, and 34.

Defendants are without knowledge or information sufficient to form a belief as to the truth or veracity of paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 11, 12, 13, 16, 17, 18, 19, 20, 21, 22, and 23 and therefore deny those paragraphs.

Defendants admit paragraph 10.

Defendant's state that the allegations contained in paragraph 9 and 31 of the Plaintiff's Complaint are legal conclusions and/or characterizations to which no response is required pursuant to Fed. R. Civ. P. 8(d).  However to the extent that Plaintiff misstates those legal conclusions, those allegations are denied.

X.

All complaint paragraphs and averments not expressly admitted by the defendants are denied.

WHEREFORE, the defendants Louisville/Jefferson County Metro Government and Mark E. Bolton demand as follows:

1.      Dismissal of the first amended complaint in its entirety, with prejudice; or alternatively, judgment in its favor;

2.      A trial by jury on all triable issues;

3.      Defendants' costs incurred in defending this action, to include a reasonable attorney fee; and

4.      All other relief to which the defendants may appear entitled.

Respectfully submitted,

MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY


BY:  /s/ Stephen P. Durham
STEPHEN P. DURHAM
Assistant County Attorney
Fiscal Court Building
531 Court Place, Suite 900
Louisville KY 40202
(502) 574-3225
steve.durham@louisvilleky.gov

*Counsel for Louisville Jefferson
County Metro Government and
Mark E. Bolton*

## **CERTIFICATE**

I hereby certify that on August 25, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send copies to:

JAMES M. BOLUS, JR. PSC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 584-1210
(502) 584-1212 (facsimile)
bo@boluslaw.com

MICHAEL A. AUGUSTUS, PSC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 584-1210
(502) 584-1212 (facsimile)
mike@boluslaw.com

Khalid A. Kahloon
KAHLOON PASIC, PLLC
600 West Main Street, Suite 500
Louisville, Kentucky 40202
(502) 261-7200
(502) 882-5618 (facsimile)
kahloon@msn.com

/s/Stephen P. Durham_____
STEPHEN P. DURHAM