# MICHAEL A. AUGUSTUS, P.S.C.
## ATTORNEY AT LAW

600 WEST MAIN STREET
SUITE 500
LOUISVILLE, KY 40202-4919

MICHAEL A. AUGUSTUS
mike@boluslaw.com

TELEPHONE (502) 584-1210

FACSIMILE (502) 584-1212

OF COUNSEL

JAMES M. BOLUS, JR.

February 1, 2012

<u>Sent via Electronic and U.S. Mail</u>

Stephen P. Durham
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, Kentucky 40202
steve.durham@louisvilleky.gov

J. Max Weintraub
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
jacob.weintraub@usdoj.gov

  Re: <u>Oretga v U.S. Immigration and Customs Enforcement, et al</u>
     United States District Court
     Western District of Kentucky at Louisville
     Case No. 3:11-cv-00429

Dear Counsel:

  This correspondence shall serve, pursuant to LR 37.1, as my good faith effort to resolve extrajudicially the discovery dispute described below.

  As you both know, I have been attempting for some time to obtain the identities of the individuals involved in and responsible for Mr. Ortega's detention. As the March 19 anniversary of his detention is rapidly approaching, time for discovering these names is of the essence.

  FRCP 26(f)(1) requires the parties to confer regarding a discovery plan "as soon as practicable- and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b)." Under FRCP Rule 16(b), said scheduling order is due "within the earlier of 120 days after any defendant has been served with the complaint or 90 days after any defendant has appeared." As Louisville Metro filed its Answer on August 25, 2011, by my calculations the scheduling order was due, at the latest, on November 23, 2011. Thus, under



EXHIBIT 1

# MICHAEL A. AUGUSTUS, P.S.C.
## ATTORNEY AT LAW

the federal Rules of Civil Procedure we were required to have a discovery scheduling conference by November 2, 2011 (21 days before scheduling order due date), if not sooner.

While it is typically the practice in this jurisdiction to wait for the court to issue its Scheduling Conference Order for counsel to confer, I am requesting that we conduct a telephonic conference to comply with the federal rules within the next seven days. My calendar is fairly open during this timeframe and I should be able to make any time work.

While I believe that we are required to discuss all agenda items contained in FRCP 26(f), the most pressing item for Plaintiff is the discovery of the individuals involved in or responsible for Mr. Ortega's detention. Specifically, I am requesting from Mr. Durham the names, addresses, and telephone number of all corrections officers employed by Louisville Metro who, on March 19, 2011, detained the Plaintiff or visited his residence. This information was initially requested in my discovery requests served on October 14, 2011. As for Mr. Weintraub's clients, I am requesting the names, addresses, and phone numbers of all ICE agents or employees who placed a detainer on Mr. Ortega, as described in paragraph 13 of the complaint. Additionally, I must have the requested information from each of you no later than March 12, 2012.

By noon on Friday, February 3, 2012, Please provide me available dates and times for the discovery planning conference or please let me know if you are unwilling to confer within the requested window. I will also need to know by this date and time whether either of you are unable or unwilling to provide the requested identifying information by March 12. If that is the case, I will move the court on Friday afternoon, pursuant to FRCP 26(d)(1) and (f)(4), for an Order expediting discovery and requiring Defendants to provide the requested information no later than March 12, 2012. Given the equities involved, including the length of time that the action has been filed, the unsuccessful previous efforts to obtain the information extrajudicially, and my prior professional courtesies, I believe that the likelihood of the court issuing such an order is high.

Thanks and I look forward to hearing from each of you.

Sincerely,

Michael A. Augustus

MAA/kym
Ortega/Letters/counsel1

# Mike Augustus

| | |
|---|---|
| **From:** | Mike Augustus |
| **Sent:** | Wednesday, February 01, 2012 4:37 PM |
| **To:** | 'steve.durham@louisvilleky.gov'; 'jacob.weintraub@usdoj.gov' |
| **Subject:** | Ortega v. US Immigration and Customs Enforcement, et al. |
| **Attachments:** | counsel1.pdf |

Counsel,
Attached please see my correspondence of today's date. Thanks,

Michael A. Augustus
Michael A. Augustus, PSC
600 West Main
Suite 500
Louisville, Kentucky 40202
(502) 584-1210
(502) 584-1212 (Fax)