## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 03, 2014

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 12-6608, *Richard Ortega v. United States Immigration and, et al*
Originating Case No. : 3:11-cv-00429

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin Duncan
Case Manager
Direct Dial No. 513-564-7027

cc: Mr. Tillman J. Breckenridge
Mr. Stephen P. Durham
Ms. Brittany Sadler
Mr. J. Max Weintraub

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-6608
_____

Filed: February 03, 2014

RICHARD ORTEGA

      Plaintiff - Appellant

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNKNOWN AGENTS AND EMPLOYEES IN THE EMPLOY OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT; MARK E. BOLTON, Director Louisville/Jefferson County Metro Corrections; UNKNOWN CORRECTIONS OFFICERS IN THE EMPLOY OF LOUISVILLE/JEFFERSON METRO CORRECTIONS; WILLIAM SKAGGS, Officer in the Employ of Louisville/Jefferson County Metro Corrections; LORI EPPLER, Officer in the Employ of Louisville/Jefferson County Metro Corrections; JOHN CLOYD, Agent in the Employ of U.S. Immigration and Customs Enforcement

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 12/10/2013 the mandate for this case hereby issues today.

COSTS: None